1336930

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AUSA Rodd 6/11/07

UNITED STATES OF AMERICA

v.

TERRY LEE PARKER

**WARRANT FOR ARREST**

Case No.

2:07 - MJ 0 0 1 9 5     DAD

RECEIVED UNITED STATES MARSHAL
07 JUN 12  AM 9: 52
EASTERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest ___TERRY LEE PARKER___

and bring him or her forthwith to the nearest magistrate to answer a ___complaint___

charging him or her with (brief description of offenses)

- on April 29, 2007, knowingly and unlawfully executing a scheme to commit bank fraud in violation of 18 USC 1344(2);
- on April 29, 2007, knowingly transfering, possessing, and using means of i.d. of another with intent to commit bank fraud, in violation of 18 USC 1344(2) and 18 USC 1028 A(a)(1) (aggravated i.d. theft);
- on April 29, 2007, knowingly and unlawfully using, without lawful authority, a means of i.d. of another to commit a felony violation of state law, namely commercial burglary, in violation of 18 USC 1028(a)(7) and CPC 459;
- on May 4, 2007, knowingly and unlawfully executing a scheme to commit bank fraud in violation of 18 USC 1344(2);
- on May 4, 2007, knowingly transfering, possessing, and using means of i.d. of another with intent to commit bank fraud, in violation of 18 USC 1344(2) and 18 USC 1028 A(a)(1) (aggravated i.d. theft);
- on May 4, 2007, knowingly and unlawfully using, without lawful authority, a means of i.d. of another to commit a felony violation of state law, namely commercial burglary, in violation of 18 USC 1028(a)(7) and CPC 459;
- on May 10, 2007, knowingly possessing stolen U.S. Mail in violation of 18 USC 1708;
- on May 10, 2007, knowingly possessing five or more i.d. documents or identification features of another in violation of 18 USC 1028 (a)(3); and
- from on or about April 29, 2007 through May 23, 2007, conspire to commit such in violation of 18 USC 371;

all in violation of Title __18__ United States Code sections 2, 371, 1028(a)(1), 1028A(a)(1), 1028(a)(3), 1344(2) and 1708

| DALE A. DROZD | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Dale A. Drozd | June 11, 2007 at Sacramento, |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   $ no bail *pending hearing* by   DALE A. DROZD,
U.S. Magistrate Judge
*[signature]* Dale A. Drozd
Name of Judicial Officer

DATE RCVD: 6/12/07          PRINTED NAME: Troy Dickinson, Postal Inspector

DATE ARRESTED:              SIGNATURE: *[signature]* Troy Dickinson