McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-0284-FCD |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| ROSEANNA MARIE GRAVEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 2:07-cr-0308-MCE |
| Plaintiff, | ) | |
| v. | ) | |
| TERRY LEE PARKER, | ) | MOTION AND STIPULATION |
| | ) | TO RELATE CASES AND |
| Defendant. | ) | ORDER |
| _____ | ) | |

     Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff
United States of America hereby notifies the Court of the filing
of a related case and the United States further moves that the case
be related.

     On June 27, 2007, an Information was filed initiating case
number CR. S-07-284-FCD against ROSEANNA MARIE GRAVEN.  This matter
was assigned to the Hon. Frank C. Damrell Jr.  The Information
charges GRAVEN with bank fraud (18 U.S.C. 1344), aggravated
identity theft (18 U.S.C. 1028A), and possession of stolen U.S.

1

Mail (18 U.S.C. 1708).  GRAVEN is charged in connection with a
scheme to manufacture checks with account numbers of others.
GRAVEN and other participants in the scheme are alleged to have
possessed stolen identification and account number information from
the U.S. Mail and elsewhere to create the fraudulent checks.  The
felony Information also charges GRAVEN with using identity
information to cash fraudulent checks.

On July 16, 2007, an Information was filed initiating case no.
CR. S-07-308-MCE against TERRY LEE PARKER.  The Information
similarly charges PARKER with bank fraud (18 U.S.C. 1344),
aggravated identity theft (18 U.S.C. 1028A), and possession of
stolen U.S. Mail (18 U.S.C. 1708).  PARKER, a felon, is
additionally charged as a prohibited person in possession of a
firearm (18 U.S.C. 922(g)(1)).

The United States submits that the case against PARKER,
Cr. 07-0308-MCE, should be related before Judge Damrell Jr. with
the EARLIER charged case against GRAVEN, Cr. 07-0284-FCD.  In each
case there are the same victims (financial institutions and U.S.
Mail senders/recipients), similar witnesses, related defendants
(common- law spouses), related address, residence, and factual
background.  Further, the charges against each defendant stem from
and relate to the same underlying arrest and investigation conduct.

Defense counsel for PARKER, Assistant Federal Defender Ned
Smock, stipulates and agrees that the matter against PARKER is
properly related to the matter against GRAVEN.  The United States
and PARKER, through his counsel, agree -- in anticipation of the
United States' Motion to Relate the two matters -- to set the case
(against PARKER) for status and entry of plea hearing on or about

July 30, 2007 (on the same date as the status hearing in the case against GRAVEN), all before the Hon. Frank C. Damrell Jr.

Accordingly, the United States submits that in each case, there are related evidence issues, sentencing issues and/or similar witness concerns.  Significantly, relation of the case concerning PARKER with the case already before the previously assigned judicial officer (Judge Damrell) would help victims, law enforcement, and witnesses deal with prosecutive and judicial burdens.  In addition, relating the PARKER matter with the EARLIER case (against GRAVEN) would be efficient for the U.S. Probation Office.

Dated:    7/16/2007                           McGREGOR W. SCOTT
          _____                    United States Attorney

                                              /s/ Michelle Rodriguez
                                       By:    _____
                                              MICHELLE RODRIGUEZ
                                              Assistant U.S. Attorney

                            **RELATED CASE ORDER**

Examination of the above-captioned matters, reveals that the actions are related within the meaning of Local Rule 83-123(a). The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are

3

1  assigned to the same judge.  No consolidation of the actions is

2  effected.  Under the regular practice of this court, related cases

3  are assigned to the judge to whom the first filed action was

4  assigned.

5      IT IS THEREFORE ORDERED that the action denominated:

6  2:07-cr-0308 MCE is reassigned to the Honorable Frank C. Damrell

7  Jr., for all further proceedings.  Henceforth, the caption on

8  documents filed in the reassigned case shall be shown as:

9  2:07-cr-0308 FCD.

10     IT IS FURTHER ORDERED that the clerk of the Court make

11 appropriate adjustment in the assignment of criminal cases to

12 compensate for this reassignment.

13 DATED: July 18, 2007

14

15

16                                   FRANK C. DAMRELL, JR.

17                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

4