**ERIN RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
ROSEANNA MARIE GRAVEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:07-cr-0284 FCD |
| Plaintiff, | **STIPULATION and ORDER for CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR FILING OBJECTIONS TO PRE-SENTENCE REPORT** |
| vs. | |
| **ROSEANNA MARIE GRAVEN**, | |
| Defendant. | |

–o0o–

The United States, through its undersigned counsel, and the defendant, through her undersigned counsel, hereby agree and stipulate that judgment and sentencing, currently scheduled for November 5, 2007 at 10:00 a.m. should be vacated and continued to December 10, 2007 at 10:00 a.m. in the courtroom of Judge Frank C. Damrell, Jr., and that the schedule for filing of objections to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | November 19, 2007 |
| Motion for correction of the pre-sentence report | November 26, 2007 |
| Reply, or statement of non-opposition | December 3, 2007 |

This continuance is necessary to allow counsel for defendant, probation and the government additional time to obtain records and prepare for sentencing.

Counsel for the government has no objection to the continuance and has authorized the

signing of the stipulation.

Dated: October 30, 2007					McGREGOR W. SCOTT
								United States Attorney

							By:   /s/   Michelle Rodriguez
								MICHELLE RODRIGUEZ
								Assistant U.S. Attorney

Dated: October 30, 2007					  /s/  Erin Radekin
								ERIN RADEKIN
								Attorney for Defendant
								ROSEANNA MARIE GRAVEN

## **ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for November 5, 2007 be VACATED, and the matter continued until December 10, 2007 at 10:00 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule for the filing of objections to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | November 19, 2007 |
| Motion for correction of the pre-sentence report | November 26, 2007 |
| Reply, or statement of non-opposition | December 3, 2007 |

Dated: October 31, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2